UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN BARNEY SCOTT,

    Plaintiff,

vs.                                               Case No. 8:09-cv-566-T-27EAJ

HILLSBOROUGH AREA REGIONAL
TRANSIT AUTHORITY,

    Defendant,
_____/

## ORDER

    The Court has been advised by the parties that the above-styled action has been settled (Dkt. 17). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions (Dkt. 6) are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** in chambers on this 15th day of June, 2009.

                                                     JAMES D. WHITTEMORE
                                                     United States District Judge

Copies to:
Counsel of Record